

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>SEAN PATRICK RINGER,<br><br>　　　　　　　　Defendant. | CASE NO. SACR-19-00052-FMO<br><br>ORDER OF DETENTION AFTER HEARING (Fed.R.Cim.P. 32.1(a)(6) 18 U.S.C. § 3143(a) Allegations of Violations of Probation/Supervised Release Conditions) |

On arrest warrant issued by the United States District Court for the _Central District of California_ involving alleged violations of conditions of probation/supervised release:

1. The court finds that no condition or combination of conditions will reasonably assure:

　A. (✓) the appearance of defendant as required; and/or

　B. (　) the safety of any person or the community.

2. The Court concludes:

　A. (　) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

CR-94 (06/07)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 1 of 2

other persons or the community. Defendant poses a risk to the safety of other persons or the community based on:

_____

_____

_____

_____

_____

B. (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released. Defendant poses a flight risk based on: noncompliance with supervision; serious substance abuse issues & unwillingness to participate in treatment; failure to report for mental health treatment; previous escape charge; conviction while on supervision

_____

IT IS ORDERED that defendant be detained.

DATED: July 29, 2025

*Alicia G. Rosenberg*
HONORABLE ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE

---

ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))

CR-94 (06/07)                                                                 Page 2 of 2